# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  SA-25-CV-01294 |
| | ) |
| **$176,513.33, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM TD BANK ACCOUNT 362279085 IN THE NAME OF AABEDA G VAHORA, GULAMNABI Y VAHORA, ZAHID M VAHORA** | ) |
| | ) |
| **$60,726.65, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-804492 IN THE NAME OF GULAMNABI Y VAHORA AND AABEDA VAHORA – JOINT WROS** | ) |
| | ) |
| **$587,412.46, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM CITIZENS BANK ACCOUNT 6400-889586 IN THE NAME OF GULAM NABI VAHORA** | ) |
| | ) |
| **$1,976,510.40, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-804491 IN THE NAME OF GULAMNABI Y VAHORA AND AABEDA VAHORA – JOINT WROS** | ) |
| | ) |
| **$2,018,158.58, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT Z30-590936 IN THE NAME OF GULAMNABI Y VAHORA AND AABEDA VAHORA – JOINT WROS** | ) |
| | ) |
| **$300,242.55, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM RAYMOND JAMES ACCOUNT 100PT373 IN THE NAMES OF DR GULAMNABI VAHORA AND MRS AABEDA VAHORA** | ) |
| | ) |

| | |
|---|---|
| **$5,209,484.64, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM RAYMOND JAMES ACCOUNT 504UC216 IN THE NAMES OF DR GULAMNABI VAHORA AND AABEDA VAHORA JT/WROS** | ) ) ) ) ) ) |
| **$1,550,627.17, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-839910 IN THE NAME OF VAHORA INSTITUTE OF EXCELLENCE** | ) ) ) ) ) ) |
| **$1,507,048.15, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-803255 IN THE NAME OF ALKAINAT MANAGEMENT** | ) ) ) ) ) |
| **$1,537,608.56, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-839909 IN THE NAME OF AAGVA** | ) ) ) ) ) |
| **2022 TESLA, MODEL X (MDLX), VIN: 7SAXCBE65NF352923** | ) ) ) |
| **Respondents.** | ) |

## VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules Civil Procedure, and respectfully states as follows:

### I.
### NATURE OF THIS ACTION

This action is brought by the United States of America seeking forfeiture to the United States of the following property:

1. $5,209,484.64, more or less, in United States Currency seized from Raymond James Account 504UC216 in the names of Dr Gulamnabi Vahora and Aabeda Vahora JT/WROS;
2. $2,018,158.58, more or less, in United States Currency seized from Fidelity Account Z30-590936 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS;
3. $1,976,510.40, more or less, in United States Currency seized from Fidelity Account 628-804491 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS;
4. $1,550,627.17, more or less, in United States Currency seized from Fidelity Account 628-839910 in the name of Vahora Institute of Excellence;
5. $1,537,608.56, more or less, in United States Currency seized from Fidelity Account 628-839909 in the name of AAGVA;
6. $1,507,048.15, more or less, in United States Currency seized from Fidelity Account 628-803255 in the name of Alkainat Management;
7. $587,412.46, more or less, more or less, in United States Currency seized from Citizens Bank Account 6400-889586 in the name of Gulam Nabi Vahora;
8. $300,242.55, more or less, in United States Currency seized from Raymond James Account 100PT373 in the names of Dr Gulamnabi Vahora and Mrs Aabeda Vahora;
9. $176,513.33, more or less, in United States Currency seized from TD Bank Account 362279085 in the name of Aabeda G Vahora, Gulamnabi Y Vahora, Zahid M Vahora;
10. $60,726.65, more or less, in United States Currency seized from Fidelity Account 628-804492 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS; and
11. 2022 Tesla, Model X (MDLX), VIN: 7SAXCBE65NF352923, color: deep blue metallic;

hereinafter referred to as the Respondent Property.

## II.
## JURISDICTION AND VENUE

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture. This Court has *in rem* jurisdiction over the Respondent Property under Title 28 U.S.C. §§ 1355(b)(6) and 1395. Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C. §§ 1355(b)(1)(B) and 1395(b) because the Respondent Property is found in this district.

## III.
## STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Property for violations of Title 18 U.S.C. §§ 1343, 1347, 371, and 1956, and Title 42 U.S.C. § 1320a-7b, which make the property subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 981(a)(1)(C), which states (with emphasis added):

> **§ 981. Civil forfeiture**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> ***
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "*specified unlawful activity*" (as defined in section 1956(c)(7) of this title), or a *conspiracy* to commit such offense.

Wire Fraud is an offense constituting "specified unlawful activity" as defined in Title 18 U.S.C. § 1956(c)(7).

Additionally, Title 18 U.S.C. § 1956 violations are also subject to forfeiture pursuant to Title 18 U.S.C. § 981 (a)(1)(A), which states:

> **§ 981. Civil forfeiture**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> **(A)** Any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956 . . . or any property traceable to such property.

## IV.
## FACTS IN SUPPORT OF FORFEITURE

Pursuant to Supplemental Rule G(2)(f), facts in support of a reasonable belief that the Government will be able to meet its burden of proof at trial are in Appendix "A" attached hereto (facts under seal) and incorporated herein by reference and have been verified by the attached Verification of United States FBI Special Agent Michelle Walker.

# V.
# **PRAYER**

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Property, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Property be forfeited to the United States of America, that the Respondent Property be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: _____
ANTONIO FRANCO, JR.
Assistant United States Attorney
Asset Forfeiture Section
Texas Bar No. 00784077
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Email: Antonio.Franco@usdoj.gov

Attorneys for the United States of America

---

[1] Appendix A, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Property.

## **VERIFICATION**

Special Agent Michelle Walker, declares and says that:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and the investigator responsible for the accuracy of the information provided in this litigation; and

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; that the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and based on information and belief, the allegations contained in the Verified Complaint for Forfeiture are true.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __30__ day of __September__ 2025.

*Michelle Walker*
_____
Michelle Walker, Special Agent
Federal Bureau of Investigation