UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. SA-25-CV-01294 |
| ) | |
| $176,513.33, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY SEIZED FROM ) | |
| TD BANK ACCOUNT 362279085 IN THE ) | |
| NAME OF AABEDA G VAHORA, ) | |
| GULAMNABI Y VAHORA, ZAHID M ) | |
| VAHORA ) | |
| ) | |
| $60,726.65, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY SEIZED FROM ) | |
| FIDELITY ACCOUNT 628-804492 IN THE ) | |
| NAME OF GULAMNABI Y VAHORA AND ) | |
| AABEDA VAHORA – JOINT WROS ) | |
| ) | |
| $587,412.46, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY SEIZED FROM ) | |
| CITIZENS BANK ACCOUNT 6400-889586 ) | |
| IN THE NAME OF GULAM NABI VAHORA ) | |
| ) | |
| $1,976,510.40, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY SEIZED FROM ) | |
| FIDELITY ACCOUNT 628-804491 IN THE ) | |
| NAME OF GULAMNABI Y VAHORA AND ) | |
| AABEDA VAHORA – JOINT WROS ) | |
| ) | |
| $2,018,158.58, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY SEIZED FROM ) | |
| FIDELITY ACCOUNT Z30-590936 IN THE ) | |
| NAME OF GULAMNABI Y VAHORA AND ) | |
| AABEDA VAHORA – JOINT WROS ) | |
| ) | |
| $300,242.55, MORE OR LESS, IN UNITED ) | |
| STATES CURRENCY SEIZED FROM ) | |
| RAYMOND JAMES ACCOUNT 100PT373 ) | |
| IN THE NAMES OF DR GULAMNABI ) | |
| VAHORA AND MRS AABEDA VAHORA ) | |

**APPENDIX A**

| | )|
|---|---|
| **$5,209,484.64, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM RAYMOND JAMES ACCOUNT 504UC216 IN THE NAMES OF DR GULAMNABI VAHORA AND AABEDA VAHORA JT/WROS** | ) ) ) ) ) ) |
| **$1,550,627.17, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-839910 IN THE NAME OF VAHORA INSTITUTE OF EXCELLENCE** | ) ) ) ) ) ) |
| **$1,507,048.15, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-803255 IN THE NAME OF ALKAINAT MANAGEMENT** | ) ) ) ) ) |
| **$1,537,608.56, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-839909 IN THE NAME OF AAGVA** | ) ) ) ) ) |
| **2022 TESLA, MODEL X (MDLX), VIN: 7SAXCBE65NF352923** | ) ) ) |
| **Respondents.** | ) |

## NOTICE OF COMPLAINT FOR FORFEITURE

1. On _____, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas and Assistant United States Attorney Antonio Franco, Jr., against the property described below, which is also specifically described in the Verified Complaint for Forfeiture, for violations of Title 18 U.S.C. §§ 1343, 1347, 371, and 1956, and Title 42 U.S.C. § 1320a-7b, and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), namely:

   1. $5,209,484.64, more or less, in United States Currency seized from Raymond James Account 504UC216 in the names of Dr Gulamnabi Vahora and Aabeda Vahora JT/WROS;

2. $2,018,158.58, more or less, in United States Currency seized from Fidelity Account Z30-590936 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS;
3. $1,976,510.40, more or less, in United States Currency seized from Fidelity Account 628-804491 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS;
4. $1,550,627.17, more or less, in United States Currency seized from Fidelity Account 628-839910 in the name of Vahora Institute of Excellence;
5. $1,537,608.56, more or less, in United States Currency seized from Fidelity Account 628-839909 in the name of AAGVA;
6. $1,507,048.15, more or less, in United States Currency seized from Fidelity Account 628-803255 in the name of Alkainat Management;
7. $587,412.46, more or less, more or less, in United States Currency seized from Citizens Bank Account 6400-889586 in the name of Gulam Nabi Vahora;
8. $300,242.55, more or less, in United States Currency seized from Raymond James Account 100PT373 in the names of Dr Gulamnabi Vahora and Mrs Aabeda Vahora;
9. $176,513.33, more or less, in United States Currency seized from TD Bank Account 362279085 in the name of Aabeda G Vahora, Gulamnabi Y Vahora, Zahid M Vahora;
10. $60,726.65, more or less, in United States Currency seized from Fidelity Account 628-804492 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS; and
11. 2022 Tesla, Model X (MDLX), VIN: 7SAXCBE65NF352923, color: deep blue metallic;

hereinafter referred to as the Respondent Property.

2. Pursuant to Supplemental Rule of Federal Civil Procedure G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Property who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

3. The Claim and Answer must be filed with the Clerk of the Court, 262 West Nueva Street, Room 1-400, San Antonio, Texas 78207, and copies of each must be served upon Assistant United States Attorney Antonio Franco, Jr., 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE SENT:**_____