UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. SA-25-CV-01294 |
| | ) |
| $176,513.33, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM TD BANK ACCOUNT 362279085 IN THE NAME OF AABEDA G VAHORA, GULAMNABI Y VAHORA, ZAHID M VAHORA | ) ) ) ) ) ) ) |
| | ) |
| $60,726.65, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-804492 IN THE NAME OF GULAMNABI Y VAHORA AND AABEDA VAHORA – JOINT WROS | ) ) ) ) ) |
| | ) |
| $587,412.46, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM CITIZENS BANK ACCOUNT 6400-889586 IN THE NAME OF GULAM NABI VAHORA | ) ) ) ) |
| | ) |
| $1,976,510.40, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-804491 IN THE NAME OF GULAMNABI Y VAHORA AND AABEDA VAHORA – JOINT WROS | ) ) ) ) ) |
| | ) |
| $2,018,158.58, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT Z30-590936 IN THE NAME OF GULAMNABI Y VAHORA AND AABEDA VAHORA – JOINT WROS | ) ) ) ) ) |
| | ) |
| $300,242.55, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM RAYMOND JAMES ACCOUNT 100PT373 IN THE NAMES OF DR GULAMNABI VAHORA AND MRS AABEDA VAHORA | ) ) ) ) ) |

|  |  |
|---|---|
| $5,209,484.64, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM RAYMOND JAMES ACCOUNT 504UC216 IN THE NAMES OF DR GULAMNABI VAHORA AND AABEDA VAHORA JT/WROS | ) ) ) ) ) ) |
| $1,550,627.17, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-839910 IN THE NAME OF VAHORA INSTITUTE OF EXCELLENCE | ) ) ) ) ) ) |
| $1,507,048.15, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-803255 IN THE NAME OF ALKAINAT MANAGEMENT | ) ) ) ) ) |
| $1,537,608.56, MORE OR LESS, IN UNITED STATES CURRENCY SEIZED FROM FIDELITY ACCOUNT 628-839909 IN THE NAME OF AAGVA | ) ) ) ) ) |
| 2022 TESLA, MODEL X (MDLX), VIN: 7SAXCBE65NF352923 | ) ) ) |
| **Respondents.** | ) |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE FEDERAL BUREAU OF INVESTIGATION, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on _____,

against the following property:

1. $5,209,484.64, more or less, in United States Currency seized from Raymond James Account 504UC216 in the names of Dr Gulamnabi Vahora and Aabeda Vahora JT/WROS;
2. $2,018,158.58, more or less, in United States Currency seized from Fidelity Account Z30-590936 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS;
3. $1,976,510.40, more or less, in United States Currency seized from Fidelity Account 628-804491 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS;

4. $1,550,627.17, more or less, in United States Currency seized from Fidelity Account 628-839910 in the name of Vahora Institute of Excellence;
5. $1,537,608.56, more or less, in United States Currency seized from Fidelity Account 628-839909 in the name of AAGVA;
6. $1,507,048.15, more or less, in United States Currency seized from Fidelity Account 628-803255 in the name of Alkainat Management;
7. $587,412.46, more or less, more or less, in United States Currency seized from Citizens Bank Account 6400-889586 in the name of Gulam Nabi Vahora;
8. $300,242.55, more or less, in United States Currency seized from Raymond James Account 100PT373 in the names of Dr Gulamnabi Vahora and Mrs Aabeda Vahora;
9. $176,513.33, more or less, in United States Currency seized from TD Bank Account 362279085 in the name of Aabeda G Vahora, Gulamnabi Y Vahora, Zahid M Vahora;
10. $60,726.65, more or less, in United States Currency seized from Fidelity Account 628-804492 in the name of Gulamnabi Y Vahora and Aabeda Vahora – Joint WROS; and
11. 2022 Tesla, Model X (MDLX), VIN: 7SAXCBE65NF352923, color: deep blue metallic;

hereinafter referred to as the Respondent Property, alleging that the Respondent Property are subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) for the violations of Title 18 U.S.C. §§ 1343, 1347, 371, and 1956, and Title 42 U.S.C. § 1320a-7b.; and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive possession of Respondent Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Property is presently found, and to use whatever means may be appropriate to protect and maintain the Respondent Property in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2025.

                                                PHILIP J. DEVLIN
                                              United States District Clerk
                                              Western District of Texas

                                By:   _____
                                              Deputy